Case 5:12-cr-50063-TLB   Document 19   Filed 12/30/14   Page 1 of 1 PageID #: 51

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America  )
v.  )
FRANCISCO MORALES  )   Case No: 5:12CR50063-001
)   USM No: 11204-010
)
Date of Original Judgment: 04/01/2013  )
Date of Previous Amended Judgment:  )   Bruce D. Eddy
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   63   months **is reduced to**   60   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/01/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/30/2014                    /s/ P. K. Holmes, III
                                             *Judge's signature*

Effective Date:                              Honorable P.K. Holmes, III, Chief United States District Judge
*(if different from order date)*            *Printed name and title*